Siegbert G. MUTHOFER, Appellant,

v.

STATE of Missouri, Respondent.

No. 55951.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 6, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 11, 1990.

Lewis A. Hoffman, Dunedin, Fla., Douglas A. Walker, St. Louis, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals after the denial of his Rule 27.26 motion following an evidentiary hearing. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30 (Mo.banc 1976).

An extended opinion would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

Ronald PRINCE, Appellant,

v.

STATE of Missouri, Respondent.

No. 56495.

Missouri Court of Appeals,
Eastern District,
Division One.

March 6, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 11, 1990.

Application to Transfer Denied
May 15, 1990.

Michael C. Todt, Marc B. Fried, St. Louis, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Robert P. Sass, Asst. Attys. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals the denial after an evidentiary hearing of his motion to vacate sentence pursuant to Rule 27.26 (now repealed). We affirm. The findings and conclusions of the motion court are not clearly erroneous and an extended opinion would serve no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).